IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MINOR L. MCNEIL                                                                                           PLAINTIFF

v.                                              No. 4:12CV00152 JLH

G. CHAD BARTON; DAVID LARO;
JOHN O. COLVIN; and JOHN/JANE DOES #1-15                                       DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this action is dismissed with prejudice.

IT IS SO ORDERED this 21st day of August, 2012.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE