# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

MINOR L. MCNEIL                                                                                     PLAINTIFF

v.                                        No. 4:12CV00152 JLH

G. CHAD BARTON; DAVID LARO;
JOHN O. COLVIN; and JOHN/JANE DOES #1-15                          DEFENDANTS

## ORDER

Minor L. McNeil has filed a "Notice of Judicial Error and Motion to Reconsider for Absurdity." The motion to reconsider is DENIED. Document #17.

IT IS SO ORDERED this 11th day of September, 2012.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE